**FILED - GR**
November 16, 2021 2:38 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW /11-16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENNETH PAUL BAUMGARNER,

Defendant.
_____/

**1:21-cr-200**
**Paul L. Maloney**
**United States District Judge**

**FELONY INFORMATION**

The United States Attorney charges:

(Embezzlement of Labor Organization Assets)

Between on or about April 19, 2018, and on or about December 7, 2018, in Ottawa County, in the Southern Division of the Western District of Michigan,

**KENNETH PAUL BAUMGARNER,**

while an officer, that is, President and Treasurer of the National Association of Letter Carriers Branch 1147, a labor organization engaged in industry affecting commerce, embezzled, stole, and converted to his own use and the use of another money of said labor organization.

29 U.S.C. § 501(c)

ANDREW BYERLY BIRGE
United States Attorney

Date: 11/16/21

DAVIN M. REUST
Assistant United States Attorney